No. C-56.

Fran M. Allen *v.* The Industrial Commission of Colorado, Household Finance Corporation and Travelers Insurance Company.

(508 P.2d 135)

Certiorari Dismissed April 8, 1971.

Workmen's compensation claim by secretary injured as she was returning to employer's premises after moving her car from limited time zone across the street from employer's office. From denial of claim, claimant brought action. Trial court reversed and ordered award be entered. On appeal, Court of Appeals reversed trial court, 28 Colo. App. 546, 478 P.2d 702, and certiorari was granted January 11, 1971. Certiorari dismissed upon stipulation of parties April 8, 1971.